IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID LEIDERMANN, JAMES REJA, ERIC THIBODO, EVAN BOWEN, DAVID KYLE BOESE, ADAM ROSS BREGMAN, GABRIEL R. COLINDRES, JUSTIN GARRINGER, MICHAEL GARRINGER, RICHARD WESLEY MARSHALL, and TYLER JOHN WITTEMAN,<br><br>        Defendants. | CASE NO. 23-CR-00086-BCB-SMB<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the Second Superseding Indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the Second Superseding Indictment.

_Eric Thibodo_                          _2-24-24_
Defendant Eric Thibodo                 Date

_[signature]_                            _2/26/2024_
Attorney for Defendant                 Date
Raphael M. Goldman

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _26_ day of _February_, 20_24_.

BY THE COURT:

_Susan M. Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT