IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**8:23-CR-86**

ERIC THIBODO, JUSTIN GARRINGER,
MICHAEL J. KONIOR, and GABRIEL R.
COLINDRES,

**ORDER ON REQUESTS FOR
TRANSCRIPTS**

Defendants.

This matter is before the Court on four separate Requests for Transcripts filed by nonparty Jeremy L. Ross. Filing 881; Filing 882; Filing 883; Filing 884. The request in Filing 881 relates to a transcript of defendant Eric Thibodo's sentencing hearing held on May 14, 2026. Filing 847 (Text Minute Entry). The request in Filing 882 relates to a transcript of defendant Justin Garringer's sentencing hearing held on April 15, 2026. Filing 815 (Text Minute Entry). The request in Filing 883 relates to a transcript of defendant Michael J. Konior's sentencing hearing held on February 4, 2026. Filing 677 (Text Minute Entry). The request in Filing 884 relates to a transcript of defendant Gabriel R. Colindres's sentencing hearing held on May 27, 2026. Filing 871 (Text Minute Entry).

The Court notes that while the majority of these sentencing hearings were open to the public, portions of some of the hearings were sealed. The Court will authorize the release of the unsealed portions of each requested transcript, provided Mr. Ross contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcripts. In the event Mr. Ross does not contact Ms. Schroder and does not make the appropriate

1

financial arrangements for the unsealed portions of the transcripts, the requests for the unsealed portions are denied. To the extent that Mr. Ross seeks access to the sealed portions of any requested transcript, he is directed to file a motion within seven (7) days articulating why, for what purposes, and under what legal authority he should be permitted to review the sealed portions of the relevant sentencing hearing. Any such motion should include proposed language to be used in a future protective order. Counsel for the Government and counsel for the defendant whose sentencing hearing is implicated shall then have seven (7) days to respond to any such motion. Unless and until the Court is convinced that Mr. Ross has a valid purpose and a legal right to review the sealed portion of any transcript from the defendants' sentencing hearings, the Court will not permit its release. Accordingly,

IT IS ORDERED that:

1. The Requests for Transcripts filed by nonparty Jeremy L. Ross, Filing 881; Filing 882; Filing 883; Filing 884, are granted as to the unsealed portions of the transcripts under the conditions described above. To the extent those conditions are not met, the requests for the unsealed portions are denied;

2. To the extent nonparty Jeremy L. Ross seeks to review the sealed portions of the transcripts from the defendants' sentencing hearings, he is directed to file a motion meeting the requirements set forth above within seven (7) days;

3. Counsel for the Government and counsel for the defendant whose sentencing hearing is implicated shall have the right to respond to any such motion filed by Jeremy L. Ross within seven (7) days of its filing; and

4. The Clerk shall mail a copy of this order to Jeremy L. Ross at the address provided in Filing 881; Filing 882; Filing 883; and Filing 884.

Dated this 3rd day of June, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge